**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6384

JOE DAVID BARNARD,

Plaintiff - Appellant,

versus

GREENVILLE FAMILY COURT; AMY C. SUTHERLAND,
Chief Administrative Judge,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., District
Judge.  (CA-03-3427-8-20BI)

Submitted: April 29, 2004          Decided:  May 6, 2004

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe David Barnard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe David Barnard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barnard v. Greenville Family Court, No. CA-03-3427-8-20BI (D.S.C. Nov. 26, 2003). We deny Barnard's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED